| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS | VOLUNTARY PETITION -- Ch 13 |
|---|---|
| Name of Debtor<br>**LEE E. AMMONS, JR.** | Joint Debtor    04· |
| All other names used by Debtor in the past six years<br>past six years<br>[None]<br>Social Security Number/Tax ID No.<br>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<br>Street Address of Debtor<br>46 E. 138th St. #3W<br>Riverdale, Ill 60827 | All other names used by Joint Debtor in the<br><br><br><br><br>Street Address of Joint Debtor<br>**Chapter 13W/No Plan** |
| County of Residence or Principal Place of Business<br>Business<br>Cook | County of Residence or Principal Place of |
| Mailing Address of Debtor<br>[See above] | Mailing Address of Debtor |

Location of Principal Assets of Business Debtor

### Information regarding Debtor (Check Applicable Boxes)
**Venue**
X_____ Debtor has been domiciled in this District for 180 days immediately preceding the date of this Petition or for a longer part of such 180 days period than in any other District.
_____ There is a bankruptcy case concerning Debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor**
| X | Individual | Railroad |
|---|---|---|
|   | Corporation | Stockbroker |
|   | Partnership | Commodity Broker |
|   | Other |   |

**Chapter of Bankruptcy Code under which Petition Filed:**
| | Chapter 7 | | Chapter 11 |
|---|---|---|---|
| | Chapter 9 | X | Chapter 13 |
| | Chapter | | Section 304 Ancillary |

**Nature of Debt**
X    Consumer/Non-Business    Business

**Filing Fee**
X    Full filing fee attached
____ Filing fee to be paid in installments (Must

**Chapter 11 Small Business (Check all that apply)** attach signed application under Rule 1006(b). See
____ Debtor is a small business under 11 USC 101.
____ Debtor is and elects to be considered a small
     business under 11 USC 1121(e) (Optional).

**Statistical / Administrative Information (Estimates only)**
____ Debtor estimates that funds will be available for distributio:
X    Debtor estimates that, after exempt property is excluded an
     Paid, there will be no funds available for distribution to uns

**Estimated Number of Creditors**
1-15    16-49 X    50-99    100-199    200-999    1,00(

**Estimated Assets**
$0 - $50,000  X    $50,001 - $100,000    $100,001 - $500,000    Mo

**Estimated Debts**
$0 - $50,000  X    $50,001 - $100,000    $100,001 - $500,000    Mo

```
U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 06/29/2004
Time: 16:26:02
Debtor: LEE E. AMMONS,JR.
Case: 04-24417      Fee : 194
Chapter: 13 Rec. # : 3088351
Judge: Jack Schmetterer
341 mtg: 08/05/2004 @ 12:30PM
ConfHrg: 08/25/2004 @ 12:30PM
Trustee: TOM VAUGHN
```



1:04BK24417-BK001

## VOLUNTARY PETITION -- Ch 13

Name of Debtor(s):
**LEE E. AMMONS, JR.**

Prior Bankruptcy Cases filed within last six years (if more than one, affix additional sheet):

| Location where filed: | Case number: | Date filed: |
|---|---|---|
| NORTHERN DISTRICT OF ILLINOIS | 98 B 26658 | 08/25/1998 |
| NORTHERN DISTRICT OF ILLINOIS | 02 B 49739 | 12/18/2002 |

Pending Bankruptcy Case filed by Spouse, Partner or Affiliate of Debtor (if more than one, affix additional sheet):

Name of Debtor(s):                Case number:              Date filed:
Location where filed:             Relationship              Judge:

### SIGNATURES

**Signatures of Debtor(s) (Individual/Joint):**
I declare under penalty of perjury that the information provided in this Petition is true and correct.
[If Petitioner is an individual whose debts are primarily Consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under Chapter 7, 11, 12, or 13 of Title 11, United States Code, understand the relief available under each such Chapter, and choose to proceed under Chapter 7.

X _/s/ Lee E. Ammons_
Signature of Debtor

**Signatures of Debtor(s) (Corporations, Partnerships):**
I declare under penalty of perjury that the information provided in this Petition is true and correct, and that I have been authorized to file this Petition on behalf of the Debtor.

_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Signature of Joint Debtor

_____
Title of Authorized Individual

Date    June 15, 2004

**Signature of Attorney for Debtor**

_/s/ Michael J. Greco_
Signature of Attorney for Debtor

Michael J. Greco, Attorney for Debtor(s)
6609 W. North Avenue
PO Box 1462
Oak Park, IL 60304-0462
(708) 763-9150
Attorney Number 06201254

_/s/ Michael J. Greco_

Date    June 15, 2004

I, the attorney for the Petitioner named in the foregoing petition, Declare under penalty of perjury that he may not proceed under Chapter 7 at this time, but that he may proceed under Chapter 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each Chapter.

_/s/ Michael J. Greco_  6/15/4
Michael J. Greco, Attorney for Debtor(s)    Date

## SCHEDULE F - CREDITORS HOLDING UNSECURED/NONPRIORITY CLAIMS

| Creditor's Name and Address | HWJC | Date claim incurred And consideration | C, U, D | Amount of Claim |
|---|---|---|---|---|
| Harrah's Casino Joliet<br>c/o Wexler & Wexler<br>500 W. Madison #2910<br>Chicago, IL 60661-2587 | | Cash advances or credit | | $550.00 |
| A44093782G<br>AIG Insurance<br>PO Box 0803<br>Carol Stream, IL 60132-0803 | | Cash advances or credit | | $2,707.85 |
| Midwest Therapy Center<br>PO Box 43090<br>Chicago, IL 60643 | | Physical Therapy | | $6,500.00 |
| 773 291-0677 070 2<br>SBC<br>Bill Payment Center<br>Chicago, IL 60663-0001 | | Telephone Service | | $134.64 |
| 7732910677<br>Illinois Telephone Corp.<br>50 E North Av<br>Northlake, IL 60164 | | Telephone Service | | $208.50 |
| 0035258303-7<br>Sprint<br>PO Box 219554<br>Kansas City, MO 64121-9554 | | Telephone Service | | $528.34 |
| 3GJ50010<br>GC Services (for MCI)<br>PO Box 7850<br>Baldwin Park, CA 91706 | | Telephone Service | | $272.98 |
| A3321111783301000000<br>NCO Financial Systems (for ATT)<br>PO Box 41457<br>Philadelphia, PA 19101-1457 | | Telephone Service | | $31.90 |
| 812-230383-6<br>Charter One Bank, NA<br>1357 W 103d St.<br>Chicago, IL 60643 | | Cash advances or credit | | $366.06 |
| Q3802336<br>Rent-A-Center, Inc.<br>4127 W. 87th<br>Hometown, IL 60456 | | Furniture rental | | $2,214.00 |

| | | |
|---|---|---|
| 8228587<br>Cook County Collector<br>Department of Revenue<br>118 N. Clark St., Room 1160<br>Chicago, IL 60602 | Health Care/Medical services | $56.00 |
| 5012978630<br>City of Chicago Dept. of Revenue<br>c/o Linegarber Goggan Blair &<br>   Sampson, LLP<br>PO Box 06152<br>Chicago, IL 60606-0152 | Parking violations and penalties | $1,950.00 |
| 9128<br>Title Lenders, Inc.<br>dba USA Payday Loan<br>8127 S. Cicero Av.<br>Chicago, IL 60652 | Cash advances or credit | $750.00 |
| 7722440<br>Capital One Auto Finance, Inc.<br>PO Box 93016<br>Long Beach, CA 90809-3016 | Automobile purchase loan | $6,500.00 |
| 8500031593084<br>Peoples Energy Corp.<br>130 E. Randolph St.<br>Chicago, IL 60601 | Natural Gas Service | $1,500.00 |
| Comcast Cable<br>4501 W. Irving Park<br>Chicago, IL | Cable Television Service | $246.00 |
| Argosy Casino<br>c/o Wexler & Wexler<br>500 W. Madison #2910<br>Chicago, IL 60661-2587 | Cash advances or credit | $550.00 |
| Horseshoe Casino<br>Hammond, IN<br>c/o Wexler & Wexler<br>500 W. Madison #2910<br>Chicago, IL 60661-2587 | Cash advances or credit | |
| Majestic Casino<br>Hammond, IN<br>c/o Wexler & Wexler<br>500 W. Madison #2910<br>Chicago, IL 60661-2587 | Cash advances or credit | |
| 327506092110<br>Student Loan Marketing Ass'n.<br>PO Box 9500<br>Wilkes-Barre, PA 18773-9500 | Student loan | $16,941.00 |
| **TOTAL** | | **$32,057.27** |