```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 24417
   LEE E AMMONS JR
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6092


------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/29/2004 and was confirmed 11/24/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  44.09% from remaining funds.

     The case was dismissed after confirmation 10/15/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
HARRAHS CASINO JOLIET      UNSECURED           568.90           .00        180.38
AIG INSURANCE              UNSECURED         NOT FILED          .00           .00
MIDWEST THERAPY CENTER     UNSECURED         NOT FILED          .00           .00
AT & T BANKRUPCTY          UNSECURED           544.87           .00        172.75
ILLINOIS TELEPHONE CORP    UNSECURED         NOT FILED          .00           .00
SPRINT PCS                 UNSECURED         NOT FILED          .00           .00
GC SERVICES                UNSECURED         NOT FILED          .00           .00
NCO FINANCIAL SYSTEMS      UNSECURED         NOT FILED          .00           .00
CHARTER ONE BANK           UNSECURED         NOT FILED          .00           .00
RENT A CENTER              UNSECURED         NOT FILED          .00           .00
COOK COUNTY TREASURER      UNSECURED         NOT FILED          .00           .00
CITY OF CHICAGO PARKING    UNSECURED          1950.00           .00        644.76
US PAYDAY LOAN             UNSECURED         NOT FILED          .00           .00
CAPITAL ONE AUTO FIN       UNSECURED         NOT FILED          .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED           471.52           .00        126.84
COMCAST                    UNSECURED         NOT FILED          .00           .00
ARGOSY CASINO              UNSECURED         NOT FILED          .00           .00
HORSESHOE CASINO           NOTICE ONLY      NOT FILED           .00           .00
MAJESTIC CASINO            NOTICE ONLY      NOT FILED           .00           .00
ISAC                       UNSECURED         21982.45           .00       7268.49
LASHAWN EWING              SECURED NOT I    NOT FILED           .00           .00
ILLINOIS TITLE LOANS       SECURED NOT I       648.17           .00           .00
MICHAEL J GRECO            DEBTOR ATTY           .00                          .00
TOM VAUGHN                 TRUSTEE                                         527.82
DEBTOR REFUND              REFUND                                          201.46

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  9,122.50


                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 24417 LEE E AMMONS JR
```

```
PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                        8,393.22
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                               527.82
DEBTOR REFUND                                                      201.46
                                    ---------------     ---------------
TOTALS                                     9,122.50            9,122.50
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/26/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```